No. 97–582. Trustees of Boston University v. Linkage Corp. Sup. Jud. Ct. Mass. Certiorari denied.

No. 97–597. Navarro v. Fuji Heavy Industries, Ltd. C. A. 7th Cir. Certiorari denied.

No. 97–601. Federal Election Commission v. Williams. C. A. 9th Cir. Certiorari denied.

No. 97–604. Tanik v. Southern Methodist University et al. C. A. 5th Cir. Certiorari denied.

No. 97–610. Kramer v. New Jersey Supreme Court et al. Sup. Ct. N. J. Certiorari denied.

No. 97–611. Graves v. Vesuvius USA. C. A. 5th Cir. Certiorari denied.

No. 97–612. Anne Arundel County, Maryland v. Andrews et al. C. A. 4th Cir. Certiorari denied.

No. 97–615. TruServ Corp. v. California ex rel. Lungren, Attorney General, et al. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 97–620. Spencer Estates et al. v. Hennefer et al. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 97–621. Ojavan Investors, Inc., et al. v. California Coastal Commission et al. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 97–622. Bogart et al. v. California Coastal Commission. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 97–623. DeKalb County School District et al. v. Schrenko, Superintendent of Schools for Georgia, et al. C. A. 11th Cir. Certiorari denied.

No. 97–628. Myers, Individually and as Guardian ad Litem for Bennett et al. v. Ventura County et al. C. A. 9th Cir. Certiorari denied.